**Opinion issued May 9, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00563-CV

———————————

## IN RE ELIZABETH THOMAS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Elizabeth Thomas, has filed a petition for writ of mandamus, challenging the trial court's order granting a plea to the jurisdiction filed by the real party in interest.[*]

---

[*] The underlying case is *Elizabeth Thomas v. Meritage Homes of Texas LLC. F/K/A Meritage Homes of Texas L.P., F/K/A Legacy Monterey Homes L.P. MTH Lending Group L.P., F/K/A Meritage Lending Service Primary Residential Mortgage Inc., D/B/A F/K/A Flagstone Lending Group Stewart Title Company, MTH TI*, cause number 2014-54729, pending in the 61st Judicial District Court of Harris County, Texas, the Honorable Fredericka Phillips presiding.

We **deny** the petition for writ of mandamus.  We deny all pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.